**FILED**

MAR 06 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. W17-650M |
| Plaintiff, ) | |
| ) | **INFORMATION** |
| v. ) | [Count One: 21 U.S.C. § 844 – Simple Possession (Marijuana)] |
| ) | |
| KATHERINE M. CARPENTER, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 844]

On or about December 25, 2016, at the Fort Hood Military Reservation, Waco Division, Western District of Texas, the Defendant,

KATHERINE M. CARPENTER,

did, knowingly, intentionally, and unlawfully possess some amount of Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844.

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
LEICIA S. GRANT
Special Assistant U. S. Attorney